José Sosa Oliva, recurrente, *v.* El Registrador de la Propiedad de San Juan, Sección Primera, recurrido.

No. 671.—*Sometido:* Febrero 25, 1927. *Resuelto:* Marzo 17, 1927.

Recursos Gubernativos—Revisión—Casos en que el Tribunal Supremo no Intervendrá—En General.—En recurso interpuesto contra nota del registrador cancelando anotación de aviso de demanda haciendo constar que la orden de cancelación de la corte no era firme, habiéndose limitado dicho registrador a consignar un hecho cierto que resultaba de los documentos mismos que se le presentaron, no debe intervenir el Supremo.

Nota de *Augusto Malaret*, R. (San Juan, Sección Primera), cancelando anotación de aviso de demanda, con el defecto subsanable de que la orden de la corte sobre cancelación no era firme. *Confirmada.*

*Luis Campillo*, abogado del recurrente; *El Registrador* compareció por escrito.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Iniciado cierto pleito en la Corte de Distrito de San Juan por Francisca Sosa Fernández contra José Sosa Oliva sobre reclamación y entrega de bienes hereditarios, se anotó la demanda en el registro de la propiedad. El demandado solicitó de la corte que ordenara la cancelación de la anotación y la corte accedió.

Notificado el registrador, canceló la anotación pero haciendo constar que la orden de la corte no era firme.

No conforme Sosa Oliva interpuso el presente recurso gubernativo. Después de exponer en su alegato los antecedentes del caso, se limita a decir: "El peticionario entiende que la orden dictada por la corte es firme y que el Registrador de la Propiedad cometió un error al cancelar la anotación de aviso de la demanda con el defecto subsanable de no ser firme la orden; puesto que en este caso, la cancelación para los efectos de un tercero no es un defecto y resulta ilusoria la orden de la corte." Ningún razonamiento más ni cita de autoridades en apoyo del criterio sustentado. Después de vencido el término, archivó el recurrente un alegato que sólo contiene una discusión más amplia de lo consignado en el escrito, pero sin aportar ningún argumento nuevo.

Bajo tales circunstancias y habiéndose limitado el registrador a consignar la existencia de un hecho cierto que resultaba de los documentos mismos que se le presentaron, no debe intervenir el tribunal. Y que el registrador tuvo razón al concluir que la cuestión se encontraba aún *subjudice,* lo demuestra el hecho de hallarse pendiente el caso de *certiorari* No. 549, *Sosa v. Corte Distrito de San Juan,* en el cual esta Corte Suprema tiene sometido a su estudio y revisión el procedimiento seguido y la resolución adoptada por la corte de distrito al decretar la cancelación de que se trata.

*Debe confirmarse la nota recurrida.*